UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY B-22-1

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23CR 129   (VAB)(SDV) |
| v. | VIOLATIONS: |
| TYREE THOMAS | 18 U.S.C. §§ 922(a)(1)(A) and 924(n)<br>(Crossing State Lines with Intent to Engage in the Unlicensed Dealing of Firearms)<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Unlawful Possession of a Firearm by a Felon) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Crossing State Lines with Intent to Engage in the Unlicensed Dealing of Firearms)

1. From in or about August 2021 through in or about March 2022, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendant TYREE THOMAS, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly, did engage in the business of dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, and, with the intent to engage in conduct constituting a violation of this section, traveled between Connecticut and Georgia and acquired, and attempted to acquire, firearms in Georgia in furtherance of such purpose, to wit, the defendant TYREE THOMAS, acquired numerous firearms in Georgia and caused them to be transported to Connecticut for sale.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(n).

## COUNT TWO
(Unlawful Possession of a Firearm by a Felon)

2.   On or about December 19, 2021, in the District of Connecticut and elsewhere, the defendant TYREE THOMAS having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, namely:

a. Failure to Appear in the First Degree, in violation of Conn. Gen. Stat. § 53a-172, on or about September 26, 2008;

b. Possession with Intent to Sell/Dispense, in violation of Conn. Gen. Stat. § 21a-277(b), on or about February 8, 2011;

c. Possession with Intent to Sell/Dispense, in violation of Conn. Gen. Stat. § 21a-277(b), on or about January 23, 2014; and

d. Attempt to Commit the Sale of Controlled Substances, in violation of Conn. Gen. Stat. §§ 21a-277(b) and 53a-49, on or about January 23, 2014,

did knowingly possess a firearm in and affecting commerce, that is, one Sarsilmaz ("SAR Arms") model B6C, 9mm pistol bearing serial number T1102-20G51892, and one Taurus, model G3C, 9mm pistol bearing serial number ACB560562, all of which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THREE
(Unlawful Possession of a Firearm by a Felon)

3.   On or about March 1, 2022, in the District of Connecticut and elsewhere, the defendant TYREE THOMAS having been, and knowing that he had been, previously convicted in the Superior Court of the State of Connecticut of a crime punishable by imprisonment for a term exceeding one year, namely:

a. Failure to Appear in the First Degree, in violation of Conn. Gen. Stat. § 53a-172, on or about September 26, 2008;

    b.    Possession with Intent to Sell/Dispense, in violation of Conn. Gen. Stat. § 21a-277(b), on or about February 8, 2011;

    c.    Possession with Intent to Sell/Dispense, in violation of Conn. Gen. Stat. § 21a-277(b), on or about January 23, 2014; and

    d.    Attempt to Commit the Sale of Controlled Substances, in violation of Conn. Gen. Stat. §§ 21a-277(b) and 53a-49, on or about January 23, 2014,

did knowingly possess a firearm in and affecting commerce, that is, one FN, model FNS-40, .40 caliber pistol bearing serial number GKU0002647, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION
(Firearms Offenses)

4.    Upon conviction of one or more of the firearms offenses alleged in Counts One, Two, and Three of this Indictment, the defendant TYREE THOMAS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

_____
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____
LAUREN C. CLARK
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY